

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00078-CV
_____


DESHARN WHITE, MICKEY GERALD, JR.,
AND ALL OTHER OCCUPANTS, Appellants

V.

US BANK NATIONAL ASSOCIATION TRUSTEE FOR THE HOLDERS OF
MASRT ADJUSTABLE MORTGAGES TRUST
2007-HF2 IN A SECURITIZATION, Appellees


On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court No. CC-08-4295-L


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Desharn White, Mickey Gerald, Jr., and all other occupants of 1443 Driftwood Land, Cedar Hill, Texas, appellants, filed their notice of appeal June 12, 2008.[1]

Appellants have not filed a docketing statement with this Court, nor have they paid a filing fee or made any claim of indigency. *See* TEX. R. APP. P. 32. There is nothing in the record to indicate appellants have made any effort to have either the clerk's record or reporter's record filed with this Court, and they have not filed a brief. On August 25, 2008, we contacted appellants by letter, giving them an opportunity to cure the various defects, and warning them that, if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

The letter addressed to appellant Mickey Gerald, Jr., came back as undeliverable, and we have received no communication from the other appellants. Pursuant to Rule 42.3(b) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

Josh R. Morriss, III
Chief Justice

Date Submitted:    September 18, 2008
Date Decided:      September 19, 2008

---

[1]This appeal was transferred to this Court pursuant to the Texas Supreme Court's docket equalization program.